MARGARET M. FOSTER, Respondent, v. FRANK R. BARBEAU, Appellant.— Judgment and order reversed on the law, with costs, and motion for summary judgment denied, without costs. Memorandum: Defendant's verified answer and affidavits raise triable issues of fact as to the eviction of defendant by Engstler from the rented premises and as to the authority of Engstler to act as agent for plaintiff. All concur, except Lewis and Taylor, JJ., who dissent and vote for affirmance. (The judgment is for plaintiff in an action to recover rental due under a lease. The order grants plaintiff's motion for summary judgment.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ELMER P. SACREY, Appellant, v. EVELYN SACREY, Respondent.— Judgment reversed on the law and the facts, without costs, and cause remitted to the Special Term for a rehearing. (See Lee v. Lee, 203 App. Div. 467, and Lampson v. Lampson, 174 id. 851.) Finding of fact No. III and conclusions of law Nos. I and II disapproved and reversed. All concur, except Crosby, J., who votes for reversal on the law and for granting a decree of absolute divorce, and Taylor, J., who dissents and votes for affirmance. (The judgment dismisses the complaint on the merits in an action for absolute divorce.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ETHEL MEDWIN, Appellant, v. MARIE GRAF, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the refusal of the court to admit in evidence the provision of the Building Code of the City of Rochester requiring a handrail on the stairway was substantial error. All concur. (The judgment is for defendant in an action for damages for injuries sustained by reason of falling on a stairway in an apartment house. The order denies a motion for a new trial.) Present — Lewis, Cunningham, Taylor and Dowling, JJ.

MORRIS MEDWIN, Appellant, v. MARIE GRAF, Respondent.— Same decision and like cause of action as in companion case last above. Present — Lewis, Cunningham, Taylor and Dowling, JJ.

CENTRAL TRUST COMPANY, ROCHESTER, NEW YORK, Respondent, v. MANN'S RESTAURANTS, INC., and EBEN H. MANN, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur, except Cunningham, J., who dissents and votes for reversal on the law. (The order grants plaintiff's motion to strike out the defense contained in the answer.) Present — Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY and MACEDON-CATOR FOUR CORNERS COUNTY HIGHWAY No. 918 (Railroad Avenue) in the Town of Macedon, Wayne County. (Case No. 8451.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Cunningham, Taylor and Dowling, JJ.